UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>GKI Incorporated<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   16-82168<br><br>Chapter:  7<br>Honorable Thomas M. Lynch |

**Supplemental Order on Final Application for Fees and Expenses Under U.S.C. Section 330**

This matter coming for continued hearing as to the disposition of the remaining amount of the retainer of the Debtor's former attorney, Steven J. Brody, the Trustee, Bernard J. Natale, present in Court, and Debtor's principals, Olaf Klutke and Eric Klutke, represented in Court by Attorney James Stevens, and the Court being fully advised as to the agreement of the parties, and now therefore being fully advised in the premises;

It is hereby Ordered, Adjudged and Decreed that the remaining funds held in the Trust Account of Steven J. Brody, in the sum of $3,895.50, shall be immediately turned over to the Chapter 7 Case Trustee, Bernard J. Natale, for the benefit of the debtor's estate.

Enter:

*/s/ Thomas M. Lynch*

United States Bankruptcy Judge

Dated:   **JUN 23 2017**

**Prepared by:**
Attorney Bernard J Natale
Bernard J Natale, Ltd
1639 N Alpine Road Suite 401
Rockford IL 61107
815-964-4700

Rev: 20151029_bko