United States Bankruptcy Court
Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | GKI Incorporated | ) | |
| | Debtor | ) | Case No. |
| | | ) | 16-82168 |
| Address | 6204 Factory Rd | ) | Chapter |
| | Crystal Lake IL 60014 | ) | 7 |
| | | ) | |
| TIN | xx-xxx3699 | | |

Trustee Bernard J. Natale has filed papers with the court for:

**NOTICE OF TRUSTEE'S APPLICATION TO PAY FINAL ACCOUNTING FEES**

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you desire a copy of the Motion/Application, please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion/Application and want the Court to consider your views on said Motion/Application, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court 327 S Church St, Room 1100, Rockford, IL; OR
2. Attend the hearing scheduled to be **May 2, 2018 @ 9:00 AM** In the United States Bankruptcy Court, 327 S Church St, Room 3100, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:   BERNARD J NATALE, LTD
BERNARD J. NATALE
Edgebrook Office Center 1639
N Alpine Road Suite 401
Rockford, Illinois 61107
815-964-4700

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion/Application and grant the same.

Date:   April 5, 2018        Signature: /s/ Bernard J. Natale
Name:     Bernard J. Natale
Address:  1639 N Alpine Road, Suite 401
Rockford IL 61107

**Case No: 16-82168**
**Case Name: GKI Incorporated**

### Proof of Service

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF WINNEBAGO | ) |

  The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Application to Pay Final Accounting Fees** sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

    SEE ATTACHED MATRIX (ALL ECF NOTICE WILL BE MADE TO ALL PARTIES LISTED WITH THE U S CLERK'S OFFICE FOR ECF NOTICE.)

  That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 5th day of April, 2018.

            /s/ Mary Jane D'Angelo


SUBSCRIBED and SWORN to before me
5th day of April, 2018
/s/ Denise M Bennett
Notary Public

My commission expires July 15, 2018

MSC Industrial Supply
75 Maxess Rd
Melville NY 11747

Amtrust North America Inc
Attn VP of Cash Management
800 Superior Ave 20th Floor
Cleveland OH 44114

Magid Glove & Safety
Attn: Nancy Hopf
1300 Naperville Dr
Romeoville IL 60446

Meltzer Purtill & Stelle
300 S Wacker St Ste 2300
Chicago IL 60606

Production Tool Supply
P O Box 670578
Detroit MI 48267

United Parcel Service
% Receivable Mgmt Services
P O Box 351345
Columbus OH 43236

BMW Bank of North America
P O Box 3608
Dublin OH 43016

McHenry County Collector
2200 N Seminary Ave
Woodstock IL 60098

Tugaloy America Inc
% William W Thorsness
Vedder Price PC
222 N LaSalle St Ste 2400
Chicago IL 60601

Prefer Pack
P O Box 187
North Aurora IL 60542

Ricoh USA Inc
P O Box 802815
Chicago IL 60680

Michael Mendota
P O Box 275
407 W Second South St
Wenona IL 61377

Airgas USA LLC
6055 Rockside Woods Blvd
Independence OH 44131

DLD Sales Inc
7675 Aldersyde Dr
Middleburg Hts OH 44130

Denise Beggs
1810 W Cobblestone Lane
McHenry IL 60050

Karen Brady
4214 White Ash Road
Crystal Lake IL 60014

Andrzej Holczymski
1404 Mink Trail
Cary IL 60013

Jackie Jesse
3621 Ellen Road
McHenry IL 60050

Kevin Beggs
1023 Hammon Avenue
Ephrata PA 17522

Joseph Leonard Drews
3701 Ellen Road
McHenry IL 60050

Citi Finance LLC
P O Box 593007
San Antonio TX 78259

Dennis Jacobs
4763 N Thorne Ave
Fresno CA 93704

Maple Industries Inc
55309 Lyon Industrial Drive
New Hudson MI 48165

Sowa Tool & Machine Co., Ltd
416 Drussel Drive
Maumee OH 43537

International Development Serv Inc
1250 Barclay Blvd
Buffalo Grove IL 60089

Ally Financial
Payment Processing Ctr
P O 78367
Phoenix AZ 85002-8367

Honsberg America Corp
494 Bonnie Lane
Elk Grove Village IL 60007

Ingersoll Cutting Tool Co
845 South Lyford Rd
Attn: Eric Van Est
Rockford Il 61108-2749

Lease Corp of America
3150 Livernois St 300
Troy Mi 48083

Office of the U S Trustee
780 Regent St Ste 304
Madison WI 53715

Laura Blake
356 Kingsport Ct
Crystal Lake IL 60012

Sally Willis
2506 N Freedom Dr
McHenry IL 60050

U S BANK NA
Dba U S BANK Equipment Fin
1310 Madrid St
Marshall MN 56258

Edward Wojewski
614 Carriage Hill Ct
Island Lake IL 60042

De Lage Landen Fin Serv Inc
Attn: T Veitz
1111 Old Eagle School Rd
Wayne PA 19087

Ruth Garman
5515 Vesper Dr
South Beloit IL 61080

Tru-Machine Co Inc
2402 Hiller Ridge
Johnsburg IL 60051

John Kotarba
817 Saint Johns Rd
Woodstock IL 60098

Nicor Gas
P O Box 549
Aurora IL 60507

Scott Brydges
8180 Emerald Ln
Woodbury MN 55125

Nelson & Storm Tool Supply
2303 11th Street
Rockford IL 61104

Ultra Dex Holding Inc
7162 Sheridan Rd
Flushing MI 48433

First Midwest Bank
% Attorney Kurt Carlson
Carlson Dash LLC
216 S Jefferson St Ste 504
Chicago IL 60661

Eric Klutke
47 Oriole Trail
Crystal Lake IL 60014

Ilse Klutke
1221 Bull Valley Drive
Woodstock IL 60098

Olaf Klutke
6314 Valley View Circle
Lake Zurich IL 60047

Attorney Jason Rock
Barrick Switzer Law Offices
6833 Stalter Drive
Rockford IL 61108

Attorney George Hampilos
308 W State St Ste 210
Rockford IL 61101

High Ridge Partners
140 S Dearborn Street Ste 420
Chicago IL 60603

U S Trustee
780 Regent St Ste 304
Madison WI 53715

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| GKI INCORPORATED | ) | CASE NO: 16-82168 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

### APPLICATION TO PAY FINAL ACCOUNTING FEES

**NOW** comes the Trustee, Bernard J. Natale, and submits this Application to Pay the Final Accounting Fees of Neal Richardson and the Accounting Firm of Wipfli LLP, and states as follows:

1. That above named debtor filed for relief under Chapter 11 of the United States Bankruptcy Code on September 15, 2016, and was converted to a Chapter 7 on November 23, 2016.

2. The applicant was approved by the Court on March 20, 2017, to act as Accountant for the Estate with an hourly fee of $85.00 per hour for clerical through $395.00 per hour for senior partners.

3. This Court previously approved fees for this applicant on November 13, 2017 in the sum of $2,826.50 for accounting services rendered for the period of March 4, 2017 through September 27, 2017.

4. The sum of $2,826.50 has been paid against said award.

5. Based upon the nature, extent and value of services performed by Mr. Richardson and the Accounting Firm of Wipfli LLP, and the cost of comparable services other than that in a case under this title, the reasonable compensation for such accounting services at this time is $1,237.70, based on hourly fees of $85.00 per hour for clerical through $395.00 per hour for senior partners, as per the attached Exhibit "A".

**WHEREFORE,** your applicant prays that after notice and a hearing the Court authorizes compensation in the sum of $1,237.70 for Neal Richardson and the Accounting Firm of Wipfli LLP for accounting services rendered regarding the above captioned matter for the period of January 29, 2018 through March 26, 2018.

Dated: April 5, 2018

/S/ BERNARD J. NATALE
BERNARD J. NATALE, TRUSTEE FOR THE
ESTATE OF GKI INCORPORATED

PREPARED BY:
ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE LTD.
1639 N. ALPINE ROAD, SUITE 401
ROCKFORD IL 61107
815-964-4700