UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GKI INCORPORATED | § | Case No. 16-82168 |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    Northern District of Illinois
    Western Division
    327 S. Church Street, Room 1100
    Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 08/13/2018 in Courtroom 3100,

    United States Bankruptcy Court
    327 S Church Street
    Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/15/2018      By: /S/ BERNARD J. NATALE
                       TRUSTEE


*BERNARD J. NATALE, TRUSTEE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In Re: §
§
§
GKI INCORPORATED § Case No. 16-82168
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 620,834.13 |
| and approved disbursements of | $ | 542,670.73 |
| leaving a balance on hand of[1] | $ | 78,163.40 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| FMB | First Midwest Bank | $ 100,000.00 | $ 100,000.00 | $ 100,000.00 | $ 0.00 |
| 26 | Ally Financial | $ 17,978.06 | $ 17,978.06 | $ 0.00 | $ 0.00 |
| 29 | Lease Corporation Of America | $ 31,122.68 | $ 31,122.68 | $ 0.00 | $ 0.00 |
| 33 | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance | $ 10,295.00 | $ 10,295.00 | $ 0.00 | $ 0.00 |
| 35 | De Lage Landen Financial Services, Inc. | $ 17,482.31 | $ 17,482.31 | $ 0.00 | $ 0.00 |
| 41 | Financial Pacific Leasing, Inc. | $ 1,464.48 | $ 1,464.48 | $ 0.00 | $ 0.00 |
| 45 | First Midwest Bank | $ 442,585.73 | $ 442,585.73 | $ 0.00 | $ 0.00 |
| 46 | First Midwest Bank | $ 557,405.00 | $ 557,405.00 | $ 0.00 | $ 0.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 47 | First Midwest Bank | $ 14,117.90 | $ 14,117.90 | $ 0.00 | $ 0.00 |
| 7 | Bmw Bank Of North America | $ 14,268.37 | $ 14,268.37 | $ 0.00 | $ 0.00 |
| 8 | Mchenry County Collector | $ 4,951.70 | $ 4,951.70 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 78,163.40

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BERNARD J. NATALE | $ 34,291.71 | $ 0.00 | $ 23,846.04 |
| Trustee Expenses: BERNARD J. NATALE | $ 96.53 | $ 0.00 | $ 67.13 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 72,517.50 | $ 0.00 | $ 50,427.80 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 296.84 | $ 0.00 | $ 206.41 |
| Accountant for Trustee Fees: WIPFLI INC | $ 4,064.20 | $ 4,064.20 | $ 0.00 |
| Fees: Office Of The U.S. Trustee | $ 5,200.00 | $ 0.00 | $ 3,616.02 |
| Other: Climpro Inc | $ 100.00 | $ 100.00 | $ 0.00 |
| Other: Comcast | $ 4,048.42 | $ 4,048.42 | $ 0.00 |
| Other: ComEd | $ 10,822.56 | $ 10,822.16 | $ 0.00 |
| Other: HERITAGE-CRYSTAL CLEAN LLC | $ 9,795.00 | $ 9,795.00 | $ 0.00 |
| Other: High Ridge Partners | $ 2,200.00 | $ 2,200.00 | $ 0.00 |
| Other: HIGH RIDGE PARTNERS | $ 1,370.00 | $ 1,370.00 | $ 0.00 |
| Other: HIGH RIDGE PARTNERS | $ 45,326.00 | $ 45,326.00 | $ 0.00 |
| Other: HIGH RIDGE PARTNERS | $ 25.56 | $ 25.56 | $ 0.00 |
| Other: NHSS Technologies | $ 360.00 | $ 360.00 | $ 0.00 |
| Other: NHSS Technologies Inc | $ 180.00 | $ 180.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: NHSS Technologies Inc | $ 96.00 | $ 96.00 | $ 0.00 |
| Other: NICOR | $ 3,487.27 | $ 3,487.27 | $ 0.00 |
| Other: Paylocity | $ 606.84 | $ 606.84 | $ 0.00 |
| Other: Postal Shoppe | $ 24.81 | $ 24.81 | $ 0.00 |
| Other: Prairie Land Disposal Services & Recycling | $ 1,245.00 | $ 1,245.00 | $ 0.00 |
| Other: Proshred North | $ 220.00 | $ 220.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 78,163.40 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 43,277.91 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Michael Mendola | $ 8,100.80 | $ 0.00 | $ 0.00 |
| 16 | Brady, Karen | $ 4,620.00 | $ 0.00 | $ 0.00 |
| 17 | Holczynski, Andrzej | $ 5,424.00 | $ 0.00 | $ 0.00 |
| 19 | Began, Kevin | $ 1,765.00 | $ 0.00 | $ 0.00 |
| 31 | Laura L Blake | $ 545.11 | $ 0.00 | $ 0.00 |
| 32 | Willis, Sally | $ 1,352.00 | $ 0.00 | $ 0.00 |
| 36 | Garman, Ruth | $ 1,920.00 | $ 0.00 | $ 0.00 |
| 38 | John Kotarba | $ 1,568.00 | $ 0.00 | $ 0.00 |
| 42 | Brydges, Scott | $ 6,000.00 | $ 0.00 | $ 0.00 |
| 48 | Erik Klutke | $ 5,300.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 50 | Olaf Klutke | $ 6,183.00 | $ 0.00 | $ 0.00 |
| 22 | Dennis Jacobs | $ 500.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 677,524.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | MSC Industrial Supply | $ 9,848.77 | $ 0.00 | $ 0.00 |
| 2 | Amtrust North America, Inc. | $ 2,467.00 | $ 0.00 | $ 0.00 |
| 3 | Magid Glove & Safety | $ 158.51 | $ 0.00 | $ 0.00 |
| 4 | Meltzer, Purtill & Stelle | $ 29,317.79 | $ 0.00 | $ 0.00 |
| 5 | Production Tool Supply | $ 12,235.92 | $ 0.00 | $ 0.00 |
| 6 | United Parcel Service | $ 2,840.16 | $ 0.00 | $ 0.00 |
| 9 | Tungaloy America, Inc. | $ 8,112.62 | $ 0.00 | $ 0.00 |
| 10 | Prefer Pack | $ 658.38 | $ 0.00 | $ 0.00 |
| 11 | Ricoh Usa Inc. | $ 3,054.94 | $ 0.00 | $ 0.00 |
| 12U | Michael Mendola | $ 16,374.37 | $ 0.00 | $ 0.00 |
| 13 | Airgas Usa, Llc | $ 3,477.01 | $ 0.00 | $ 0.00 |
| 14 | Dld Sales, Inc. | $ 7,994.94 | $ 0.00 | $ 0.00 |
| 15 | Beggs, Denise | $ 1,600.00 | $ 0.00 | $ 0.00 |
| 18 | Jackie Jesse | $ 2,960.07 | $ 0.00 | $ 0.00 |
| 19U | Began, Kevin | $ 23,845.84 | $ 0.00 | $ 0.00 |
| 20 | Joseph Leonard Drews | $ 920.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 21 | Cit Finance, Llc | $ 10,081.54 | $ 0.00 | $ 0.00 |
| 23 | Maple Industries, Inc. | $ 6,115.55 | $ 0.00 | $ 0.00 |
| 24 | Sowa Tool & Machine Co., Ltd. | $ 300.03 | $ 0.00 | $ 0.00 |
| 25 | International Development Services, Inc. | $ 13,238.28 | $ 0.00 | $ 0.00 |
| 27 | Honsberg America Corp. | $ 5,660.23 | $ 0.00 | $ 0.00 |
| 28 | Ingersoll Cutting Tool Company | $ 4,787.70 | $ 0.00 | $ 0.00 |
| 33 | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance | $ 16,112.88 | $ 0.00 | $ 0.00 |
| 33U | U.S. Bank, N.A. Dba U.S. Bank Equipment Finance | $ 10,295.00 | $ 0.00 | $ 0.00 |
| 34 | Wojewski, Edward | $ 4,368.00 | $ 0.00 | $ 0.00 |
| 36U | Garman, Ruth | $ 1,920.00 | $ 0.00 | $ 0.00 |
| 37 | Tru-Machine Company, Inc. | $ 1,820.85 | $ 0.00 | $ 0.00 |
| 39 | Nicor Gas | $ 219.63 | $ 0.00 | $ 0.00 |
| 40 | Airgas Usa, Llc | $ 756.45 | $ 0.00 | $ 0.00 |
| 42U | Brydges, Scott | $ 10,373.61 | $ 0.00 | $ 0.00 |
| 43 | Nelson & Storm Tool Supply | $ 4,371.13 | $ 0.00 | $ 0.00 |
| 44 | Ultra Dex Holdings Llc | $ 50,269.27 | $ 0.00 | $ 0.00 |
| 48U | Erik Klutke | $ 81,454.00 | $ 0.00 | $ 0.00 |
| 49 | Ilse Klutke | $ 142,935.00 | $ 0.00 | $ 0.00 |
| 50U | Olaf Klutke | $ 186,579.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 0.00

Remaining Balance   $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE
TRUSTEE

BERNARD J. NATALE, TRUSTEE
1639 N ALPINE RD SUITE 401
EDGEBROOK OFFICE CENTER
ROCKFORD, IL 61107

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CASE NO:**
**CASE NAME: GKI INCORPORATED**

### PROOF OF SERVICE

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF WINNEBAGO | ) |

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report and Applications for Compensation** sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX (ALL ECF NOTICE WILL BE MADE TO ALL PARTIES LISTED WITH THE U S CLERK'S OFFICE FOR ECF NOTICE.)

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 19th day of July, 2018.

                                               /s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
the 19th day of July, 2018.
/s/   Bernard J Natale
Notary Public

My commission expires November 16, 2020

| | | |
|---|---|---|
| MSC Industrial Supply<br>75 Maxess Rd<br>Melville NY 11747 | Amtrust North America Inc<br>Attn VP of Cash Management<br>800 Superior Ave 20th Floor<br>Cleveland OH 44114 | Magid Glove & Safety<br>Attn: Nancy Hopf<br>1300 Naperville Dr<br>Romeoville IL 60446 |
| Meltzer Purtill & Stelle<br>300 S Wacker St Ste 2300<br>Chicago IL 60606 | Production Tool Supply<br>P O Box 670578<br>Detroit MI 48267 | United Parcel Service<br>% Receivable Mgmt Services<br>P O Box 351345<br>Columbus OH 43236 |
| BMW Bank of North America<br>P O Box 3608<br>Dublin OH 43016 | McHenry County Collector<br>2200 N Seminary Ave<br>Woodstock IL 60098 | Tugaloy America Inc<br>% William W Thorsness<br>Vedder Price PC<br>222 N LaSalle St Ste 2400<br>Chicago IL 60601 |
| Prefer Pack<br>P O Box 187<br>North Aurora IL 60542 | Ricoh USA Inc<br>P O Box 802815<br>Chicago IL 60680 | Michael Mendota<br>P O Box 275<br>407 W Second South St<br>Wenona IL 61377 |
| Airgas USA LLC<br>6055 Rockside Woods Blvd<br>Independence OH 44131 | DLD Sales Inc<br>7675 Aldersyde Dr<br>Middleburg Hts OH 44130 | Denise Beggs<br>1810 W Cobblestone Lane<br>McHenry IL 60050 |
| Karen Brady<br>4214 White Ash Road<br>Crystal Lake IL 60014 | Andrzej Holczymski<br>1404 Mink Trail<br>Cary IL 60013 | Jackie Jesse<br>3621 Ellen Road<br>McHenry IL 60050 |
| Kevin Beggs<br>1023 Hammon Avenue<br>Ephrata PA 17522 | Joseph Leonard Drews<br>3701 Ellen Road<br>McHenry IL 60050 | Citi Finance LLC<br>P O Box 593007<br>San Antonio TX 78259 |
| Dennis Jacobs<br>4763 N Thorne Ave<br>Fresno CA 93704 | Maple Industries Inc<br>55309 Lyon Industrial Drive<br>New Hudson MI 48165 | Sowa Tool & Machine Co., Ltd<br>416 Drussel Drive<br>Maumee OH 43537 |
| International Development Serv Inc<br>1250 Barclay Blvd<br>Buffalo Grove IL 60089 | Ally Financial<br>Payment Processing Ctr<br>P O 78367<br>Phoenix AZ 85002-8367 | Honsberg America Corp<br>494 Bonnie Lane<br>Elk Grove Village IL 60007 |
| Ingersoll Cutting Tool Co<br>845 South Lyford Rd<br>Attn: Eric Van Est<br>Rockford Il 61108-2749 | Lease Corp of America<br>3150 Livernois St 300<br>Troy Mi 48083 | Office of the U S Trustee<br>780 Regent St Ste 304<br>Madison WI 53715 |

| | | |
|---|---|---|
| Laura Blake<br>356 Kingsport Ct<br>Crystal Lake IL 60012 | Sally Willis<br>2506 N Freedom Dr<br>McHenry IL 60050 | U S BANK NA<br>Dba U S BANK Equipment Fin<br>1310 Madrid St<br>Marshall MN 56258 |
| Edward Wojewski<br>614 Carriage Hill Ct<br>Island Lake IL 60042 | De Lage Landen Fin Serv Inc<br>Attn: T Veitz<br>1111 Old Eagle School Rd<br>Wayne PA 19087 | Ruth Garman<br>5515 Vesper Dr<br>South Beloit IL 61080 |
| Tru-Machine Co Inc<br>2402 Hiller Ridge<br>Johnsburg IL 60051 | John Kotarba<br>817 Saint Johns Rd<br>Woodstock IL 60098 | Nicor Gas<br>P O Box 549<br>Aurora IL 60507 |
| Scott Brydges<br>8180 Emerald Ln<br>Woodbury MN 55125 | Nelson & Storm Tool Supply<br>2303 11th Street<br>Rockford IL 61104 | Ultra Dex Holding Inc<br>7162 Sheridan Rd<br>Flushing MI 48433 |
| First Midwest Bank<br>% Attorney Kurt Carlson<br>Carlson Dash LLC<br>216 S Jefferson St Ste 504<br>Chicago IL 60661 | Eric Klutke<br>47 Oriole Trail<br>Crystal Lake IL 60014 | Ilse Klutke<br>1221 Bull Valley Drive<br>Woodstock IL 60098 |
| Olaf Klutke<br>6314 Valley View Circle<br>Lake Zurich IL 60047 | Attorney Jason Rock<br>Barrick Switzer Law Offices<br>6833 Stalter Drive<br>Rockford IL 61108 | Attorney George Hampilos<br>308 W State St Ste 210<br>Rockford IL 61101 |
| U S Trustee<br>780 Regent St Ste 304<br>Madison WI 53715 | | |